**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-1486

_____

BIZMARK, INCORPORATED,

Plaintiff - Appellant,

versus

AIR PRODUCTS, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (2:04-cv-00109-GMW)

_____

Submitted:  December 11, 2006      Decided:  December 29, 2006

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joe H. Roberts, JOE H. ROBERTS, P.C., Wise, Virginia, for Appellant.  J. Scott Sexton, Monica Taylor Monday, Ryan C. Berry, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bizmark, Incorporated appeals the district court's judgment and order accepting the recommendation of the magistrate judge and granting summary judgment to Air Products, Incorporated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge and adopted by the district court.  See Bizmark, Inc. v. Air Products, Inc., 427 F. Supp. 680 (W.D. Va. 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED